UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARYL L. TALLEY,

       Plaintiff,                       Case no. 10-10784
                                               Honorable John Corbett O'Meara

v.

U.S. FARATHANE,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Michael J. Hluchaniuk's November 4, 2011 Report and Recommendation. No objections have been filed by the parties. The court having reviewed the report and recommendation, the pleadings filed by the parties, and the entire record;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED and entered as the findings and conclusions of this court.

IT IS FURTHER ORDERED that Defendant's motion for summary judgment is GRANTED.

                                                 s/John Corbett O'Meara
                                               United States District Judge

Date: December 9, 2011

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, December 11, 2011, using the ECF system and/or by first-class U.S. mail.

                                               s/William Barkholz
                                               Case Manager